UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$71,010 IN UNITED STATES,<br>CURRENCY, SEIZED ON<br>AUGUST 19, 2016<br>Defendant,<br><br>MICHAEL C. DORION,<br>Claimant. | Civil Action No. 17-10058-GAO |

## FINAL JUDGMENT AND ORDER OF FORFEITURE

**O'TOOLE, JR., D.J.**

This Court having allowed the Parties' Joint Motion for Final Judgment and Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1. Judgment by agreement of the Parties is hereby entered (1) for the forfeiture of $63,909 in United States currency (the "Forfeited Currency") to the United States, pursuant to 21 U.S.C. § 881(a)(6); and (2) for the release of $7,101 in United States currency (the "Released Currency") to Michael C. Dorion, via his attorney, Joseph B. Simons, Esquire.

2. The Forfeited Currency shall be disposed of by the United States Drug Enforcement Administration, pursuant to the provisions of the Settlement Agreement entered into between the Parties, and applicable law.

3. The Released Currency shall be returned to Michael C. Dorion, via his attorney,

Joseph B. Simons, Esquire, by the United States Drug Enforcement Administration, pursuant to the provisions of the Settlement Agreement entered into between the Parties, and applicable law.

4. Any claim of interest of any other parties claiming any right, title, or interest in or to the Forfeited Currency and/or the Released Currency is hereby held in default and dismissed.

5. This Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment. Otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

DONE and ORDERED in Boston, Massachusetts, this 21st day of  June , 2017.

/s/ George A. O'Toole, Jr.
GEORGE A. O'TOOLE, JR.
United States District Judge